UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81224-CIV-MARRA

FANE LOZMAN,

Plaintiff,

vs.

CITY OF RIVIERA BEACH, FLORIDA,

Defendant.
_____/

## ORDER

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint is to be perfected upon the defendant within 90 days after the filing of the complaint. A review of the court record reveals that the complaint in the present action was filed on October 2, 2024 [DE 1], and there is no indication that Defendant has been served. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Within twenty (20) days from the date of this Order, Plaintiff shall either perfect service upon Defendant in the above-styled cause or show good cause as to why service has not been perfected.

2. Failure to comply with this Order shall result in the dismissal of the present action,

without prejudice.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of January, 2025.

KENNETH A. MARRA
United States District Judge