UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81224-CIV-MARRA

FANE LOZMAN,

Plaintiff,

vs.

CITY OF RIVIERA BEACH, FLORIDA,

Defendant.
_____/

## NOTICE TO THE PARTIES

It is the understanding of the Court that Plaintiff intends to file an amended complaint relative to his claim under 42 U.S.C. § 1983 for a taking. In connection with that claim, the Court hereby gives notice to the parties of the decision of Eleventh Circuit Court of Appeals in *Fulton v. Fulton County Board of Commissioners*, ___ F. 4th ___, 2025 WL 2166416 (11th Cir. July 31, 2025).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of August, 2025.

KENNETH A. MARRA
United States District Judge