UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81224-CIV-MARRA

FANE LOZMAN,

Plaintiff,

vs.

CITY OF RIVIERA BEACH, FLORIDA,

Defendant.
_____/

## **ORDER**

This cause is before the Court upon Plaintiff's Motion to Hold Case in Abeyance (DE 16). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Based on Plaintiff's representation that Defendant does not oppose the relief requested,[1] Plaintiff's Motion to hold the case in abeyance is GRANTED. While Plaintiff only requested that the case be held in abeyance until September 18, 2025, the motion suggested to the Court that Plaintiff would be filing various applications for variances with Defendant, the granting or denial of which might affect the substance of any amended complaint Plaintiff intends to file. Thus, it seems more prudent not to put a termination date on the length of the abeyance and await a motion from either party to lift the abeyance at an appropriate time.

This case therefore shall be held in ABEYANCE pending further order of the Court. Defendant's Motion to Dismiss (DE 15) is DENIED AS MOOT, without prejudice to Defendant

---

[1] The Court assumes that Defendant did not object to holding the case in abeyance, but it does object to the aspersions cast against it by Plaintiff in the motion. The aspersions asserted by Plaintiff have not impacted the Court in any fashion.

1

to refile the motion and reassert any arguments raised in the motion in response to an amended complaint to be filed by Plaintiff, or to be reasserted if Plaintiff does not file an amended complaint as indicated.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of August, 2025.

                                               KENNETH A. MARRA
                                               United States District Judge